IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 08-745-1 |
| JOSE FIGUEROA, Defendant. | : |

## ORDER

**AND NOW**, this 19th day of March, 2010, upon consideration of Defendant's Motion to Suppress Physical Evidence and Statements [Doc. No. 145], the Government's Response [Doc. No. 154], and an evidentiary hearing and oral argument held thereon [Doc. No. 158], it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**Cynthia M. Rufe, J.**