IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NOS: 08-000745-01 |
| | :                     08-000745-02 |
| JOSE IVAN FIGUEROA | :                     08-000745-03 |
| a/k/a "King Vega"; | : |
| THOMAS STACY CHRIN; and | : |
| ADAMMYCHAL S. FLETCHER, | : |
| Defendants. | : |

## ORDER

**AND NOW**, this 14th day of July 2011, it is hereby **ORDERED**, for the reasons stated in the accompanying memorandum that:

(1) Defendants' statutory sentences will be controlled by the quantity of drugs charged in the indictment; and,

(2) For the purposes of the Sentencing Guidelines, the entire quantity of drugs distributed by the conspiracy (936) grams, will determine each Defendants' base offense level; and,

(3) The Court will reserve its ruling on the applicability of the Fair Sentencing Act until the date of sentencing.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
HON. CYNTHIA M. RUFE